# FARBER BROCKS & ZANE L.L.P.
ATTORNEYS AT LAW

400 GARDEN CITY PLAZA, SUITE 100 · GARDEN CITY, NEW YORK 11530
TEL. (516) 739-5100 · FAX (516) 739-5103
www.fbzlaw.com

AUDRA S. ZANE
PARTNER
azane@fbzlaw.com

o NEW YORK
o NEW JERSEY
o CONNECTICUT
o FLORIDA

(REPLY TO GARDEN CITY, NY ONLY)

November 14, 2022



*VIA ECF*
Honorable Judge Katherine Polk Failla
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Greenman-Pederson, Inc. v. Liberty Mutual,*
             Docket No.  :     1:22-cv-07725-KPF

Your Honor:

      This office represents the plaintiff, Greenman-Pederson, Inc. ("GPI") in the referenced action which was voluntarily dismissed by Stipulation dated November 8, 2022 and e-filed on November 10, 2022. As a result, it is respectfully requested that the Initial Pretrial Conference scheduled for November 15, 2022 be cancelled, and the action marked disposed accordingly. Thank you for your consideration and courtesies.

                                   Respectfully submitted,

                                     AUDRA ZANE
                                     AZ4466

cc: (Via ECF)
Marshall Potashner, Esq.
Jaffe & Asher LLP
445 Hamilton Avenue-Ste 405
White Plains, New York 10601

{01235414.DOCX /}

Application GRANTED.  Because the parties have filed a stipulation of voluntary dismissal, the Clerk of Court has closed this case.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated:     November 14, 2022           SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE